**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN  DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____   Chapter   __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dynamic Star LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3112417 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 23 Hollow Ridge Road | |
| Mount Kisco, NY 10549 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor      Dynamic Star LLC _____      Case number (*if known*) _____
            Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____5313_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
☒ Yes.

| District | Southern District New York | When | 12/1/25 | Case number | 25-23154 |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | | Relationship | |
| District | | When | | Case number, if known | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    Dynamic Star LLC_____    Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Dynamic Star LLC
                Name                                                                Case number (*if known*)

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 15, 2026
                      MM / DD / YYYY

**X** /s/  Brad Zackson                                          Brad Zackson
      Signature of authorized representative of debtor              Printed name

Title    Authorized Signatory

**18. Signature of attorney**    **X** /s/ Kevin Nash                          Date    March 15, 2026
                                        Signature of attorney for debtor                  MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com

1927656 NY
Bar number and State

Debtor    Dynamic Star LLC _____    Case number (*if known*) _____
        Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN  DISTRICT OF NEW YORK, WHITE PLAINS DIVISION _____

Case number (*if known*) _____    Chapter    __11__

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | BB 23 Hollow Ridge Road LLC | | Relationship to you | Affiliate |
| District | Southern New York | When 4/9/24 | Case number, if known | 24-22310 |
| Debtor | DS Fordham Landing 1 LLC | | Relationship to you | Affilate |
| District | Southern New York | When 3/15/26 | Case number, if known | |

**MINUTES AND COMPANY RESOLUTIONS**
**RELATING TO THE COMMENCEMENT OF CHAPTER 11 CASE**
**ON BEHALF OF FORDHAM LANDING SOUTH PLEDGORS**

**WHEREAS**, on December 1, 2025, a special meeting of (i) Dynamic Star LLC, a New York limited liability company and (ii) DS GP Inc., a New York corporation (collectively, the "Pledgors") was duly called and convened, at which time the Pledgors appeared to consider the filing of a Chapter 11 petition on behalf of the Pledgors; and

**WHEREAS**, the Pledgors are the direct or indirect equity holders DS Fordham Landing 1 LLC, which owns that certain piece of real property located at and commonly known as 320 West Fordham Road, Bronx, New York, commonly referred to as Fordham Landing South (the "Property"); and

**WHEREAS**, the Property is subject to senior mortgage debt held by Fordham South Lender LLC, a New York limited liability company (the "Secured Party") as successor-in-interest to CPIF Lending, LLC, a Washington limited liability company; and

**WHEREAS**, the Secured Party also holds a pledge of the Pledgors Interests (the "Pledged Interests") to secure a senior loan in the principal sum of Forty Four Million and Five Hundred Thousand and 00/100 dollars ($44,500,000), including alleged interest and fees in the amount of Fifteen Million and Seven Hundred Thousand and 00/100 dollars for an alleged aggregate total of Sixty Million and Two Hundred Thousand and 00/100 dollars; and

**WHEREAS**, Secured Party has noticed the Pledgors of a non-judicial Article 9 UCC Sale of the Pledged Interests scheduled to take place on December 2, 2025;

**WHEREAS**, Fordham Landing South Realty JJG LLC, an entity owned by Joel Gorjian, a nephew of Igal Namdar which is a Member of Dynamic Star LLC, previously consented on November 28, 2025 to the filing of a Chapter 11 petition on behalf of Dynamic Star LLC; and

**WHEREAS**, Rita's Boy OZ Holdings LLC, a New York limited liability company is the Managing Member of Dynamic Star LLC and Gary Segal is the President of DS 1 GP Inc. and each respectively has the sole authority and responsibility for making all decisions and taking all actions with respect to the management, business and affairs of the Pledgors, including without limitation, the commencement of a bankruptcy case by the Pledgors; and

**WHEREAS**, the Pledgors have considered the considered the prospects for development of the Property, and the recommendation of the Pledgor's advisors with respect to the options available to the Pledgors, including the commencement of a Chapter 11 case under Title 11 of the United States Code (the "Bankruptcy Code") for each Pledgor; and

**NOW, THEREFORE IT IS HEREBY RESOLVED**, that after consideration of the alternatives and the advice of each Pledgor's advisors, each Pledgor has determined in its business judgment that it is in the best interests of the Pledgors, their creditors and equity holders that a voluntary petition be filed by each Pledgor seeking relief under Chapter 11 of the United States

1

Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that Brad Zackson is designated as the day-to-day Manager of each of the Pledgors; and it is

**FURTHER RESOLVED**, that Brad Zackson is authorized (a) to execute the Chapter 11 petition and all other accompanying documents on behalf of the Pledgors, and cause the same to be filed with the Bankruptcy Court; and (b) to negotiate, execute, verify, and file, or cause to be executed, verified, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, statements, lists, motions, applications, pleadings, and other papers or documents necessary or desirable to facilitate a refinancing or joint venture for the development of the Property in the Chapter 11 case pursuant to a plan of reorganization and disclosure statement to be filed, and to take any and all action he deems necessary and proper in connection with the bankruptcy case; and it is

**FURTHER RESOLVED**, that the Pledgors are authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

**IN WITNESS WHEREOF**, the undersigned authorized signatories of the Pledgors hereby consent to and approves and adopts these resolutions as of the date set forth above and direct that this Written Consent be filed with the  minutes and official records of each Pledgor.

By:    Dynamic Star
A Delaware limited liability company
Its Managing Member

        By:    Rita's Boy OZ Holdings, LLC,
        a New York limited liability company,
        its Managing Member

            By:  _____
            Name: Gary Segal
            Title: Managing Member

DS I GP Inc.

By: _____
Name: Gary Segal
Title: President

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                          Chapter 11

DS Fordham Landing 1 LLC,                                        Case No.

                          Debtor.

-------------------------------------------------------------------x

In re:                                                          Chapter 11

Dynamic Star LLC,                                               Case No.

                          Debtor.

-------------------------------------------------------------------x

In re:                                                          Chapter 11

DS 1 GP Inc.,                                                   Case No.

                          Debtor.

-------------------------------------------------------------------x

**CONSOLIDATED DECLARATION**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

Brad Zackson declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.    I am a partner in certain of the above-captioned entities, and I have been designated as the manager of each of the debtors, and DS Fordham Landing 1 LLC ("Fordham South Fee Owner"), Dynamic Star LLC ("Dynamic") and DS 1 GP Inc. ("DS 1"), pursuant to the attached resolutions.  As such, I am personally familiar with the facts and circumstances set forth below.

2.    I respectfully submit this Consolidated Declaration on behalf of the respective Debtors pursuant to Local Rule 1007-2 to apprise the Court and creditors of the background information and circumstances that have necessitated the re-commencement of these bankruptcy cases.  This Declaration also addresses the Debtors' exit strategy to emerge from Chapter 11 and

1

thereby preserve the equity and vast potential of the Debtors' significant development project as discussed below, defined as "Fordham Landing South".

## Background

3.      The re-commencement of the bankruptcy cases (as permitted under prior Order dated February 11, 2026) now includes the Chapter 11 filing by the actual fee owner. With the inclusion of the Fordham South Fee Owner into bankruptcy, the Court has jurisdiction over the entire Fordham Landing South project and can consider the Debtors' efforts to refinance and challenge existing mortgage debt.

4.      The three named Debtors, Dynamic, DS 1 and the Fordham South Fee Owner, comprise all of the equity holders and fee owner in Fordham Landing South, which involves construction of nearly 1,000 affordable housing units in the Bronx at the site commonly known as 320 West Fordham Road Bronx NY (the "Property").

5.      Relatively speaking, Fordham Landing South is highly advanced. The Debtors expended considerable time and expense in obtaining environmental clearance and have aligned themselves with a highly experienced affordable housing joint venture partner known as Lettire Construction Corp., and its development arm, Urban Builders Collaborative hereinafter. Additionally, negotiations regarding municipal financing and corresponding construction financing began several months ago. The Debtors expect to receive updated and final term sheets in the coming weeks from the respective lenders which will enable to Debtors to promptly file a plan of reorganization and disclosure statement.

6.      The Debtors intend to challenge a senior mortgage currently held by Fordham South Lender LLC, an affiliate of CREMAC (the "Senior Lender"). This mortgage was acquired from Columbia Pacific in 2024 under controversial circumstances.

2

7. It readily appears that Igal Namdar ("Namdar"), principal of the Fordham South Fee Owner's Class B non-voting member, Namdar Fordham South LLC ("Namdar Fordham South"), was surreptitiously involved in the assignment of the mortgage to the Senior Lender. Namdar's conduct was designed to benefit his personal interest at the expense of the Debtors and his other partners. The Debtors will commence a full investigation under Bankruptcy Rule 2004.

8. In the interim, it readily appears that Namdar is guilty of brazen acts of treachery which undermine the enforceability of the senior mortgage and provide a predicate for potential equitable subordination of the Senior Lender's claim, as well as the claims of Namdar and Namdar Fordham South.

9. Importantly, Namdar Fordham South LLC has no management rights under the governing operating agreements. Accordingly, there is absolutely no issue or dispute regarding the Debtors' authority to commence these Chapter 11 cases.

10. Following the consensual dismissal of the earlier Chapter 11 cases by the equity holders, Dynamic and DS 1, the Senior Lender has again noticed a non-judicial UCC Article 9 foreclosure sale relating to the membership interests of Dynamic and DS 1 in the Fordham South Fee Owner. This re-noticed sale is currently scheduled for March 18, 2026. On Friday, March 13, 2026, the Debtors received a consent from Michale Dabah, Esq, representing a minority interest holder, Fordham Landing South Realty JJG LLC, which indicated that it has no objection to the commencement of bankruptcy proceedings relating to Fordham Landing South.

**Exit Strategy**

11. Given the premium placed on affordable housing by the Governor and incoming Mayor, the Debtors envision being able to obtain new investors, refinancing or government funding so as to be in a position to address any allowed mortgage and preferred equity debt. The

3

Debtors have targeted mid-2026 as the projected closing date to obtain construction funding from the New York City Department of Housing Preservation and Development ("HPD").

12.     In the years leading up to the commencement of the Chapter 11 cases, Fordham Landing South underwent several changes and modifications, which limited the Debtors' financing options.  However, the Debtors' current business plan to build and develop thousands of affordable housing units in the Bronx is certainly consistent with the current political climate in the State and City, emphasizing the need for affordability.

**Debt Structure**

13.     Fordham Landing South is subject to the disputed mortgage lien originally held by Columbia Pacific in the principal amount of $44.5 million.  Columbia Pacific also allegedly holds an unrecorded mortgage in the sum of approximately $2 million.

14.     In addition to the challenges emanating out of Namdar's wrongful actions, the Debtors also hereby reserve the right to challenge the overall enforceability of the mortgage and the Senior Lender's standing to assert claims in connection with the mortgage based upon defective mortgages and allonges.

**Local Rule 1007-2**

15.     Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petitions.

16.     Pursuant to Local Rule 1007-2(a)(4), a consolidated list of the names and addresses of all creditors of the Debtors are being filed herewith.  A full set of schedules for each Debtor will be filed within two weeks.

17.     Pursuant to Local Rule 1007-2(a)(5), as set forth below, the Debtors' secured creditor is the Senior Lender which, as noted, holds a disputed first mortgage lien against

Fordham South Fee Owner, and a disputed pledge of the membership interests of Dynamic and DS 1.

18.     Pursuant to Local Rule 1007-2(a)(6), a full set of bankruptcy schedules and statements listing all assets and liabilities for each Debtor will be filed within fourteen days.

19.     Pursuant to Local Rule 1007-2(a)(7), a statement of the equity interest holders for each Debtor is filed herewith.

20.     Pursuant to Local Rule 1007-2(a)(8), no receiver or other custodian has been appointed with respect to any of the Debtors' respective properties.

21.     Pursuant to Local Rule 1007-2(a)(9), Dynamic and DS 1 are stock holding companies which own membership interests in Fordham South Fee Owner, as set forth above, while the Fordham South Fee Owner is the direct 100% fee simple owner of the Property.

22.     Pursuant to Local Rule 1007-2(a)(10), the Debtors' respective books and records are maintained by me in Westchester County.

23.     Pursuant to Local Rule 1007-2(a)(11), a consolidated schedule of pending lawsuits is attached.

24.     Pursuant to Local Rule 1007-2(a)(11), I am the manager of each of the Debtors and serve in this capacity without compensation.

Dated: New York, NY
            March 15, 2026

_____
                        Brad Zackson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

Dynamic Star LLC,                                   Case No.

                        Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

| | |
|---|---|
| Ritz's Boy OZ Holdings LLC: | 73.63% |
| Barbara's Boy Management Corp LLC: | 8.18% |
| Fordham Landing South Realty JJG LLC | 18.19% |

Dated:  New York, New York
        March 15, 2026

By:  _____
     Name: Brad Zackson
     Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                              Chapter 11

DS Fordham Landing 1 LLC,                                           Case No.

                                    Debtor.

-----------------------------------------------------------------x

In re:                                                              Chapter 11

Dynamic Star LLC,                                                   Case No.

                                    Debtor.

-----------------------------------------------------------------x

In re:                                                              Chapter 11

DS 1 GP Inc.,                                                       Case No.

                                    Debtor.

-----------------------------------------------------------------x

## CONSOLIDATED LIST OF PENDING LITIGATION

1.    Tishman Construction Corporation of New York v. Dynamic Star LLC et al.
      Supreme Court of the State of New York, Bronx County
      Index No. 817111/2025E
      Mechanic's Lien

      Attorney for the Plaintiff:
      Ira M. Schulman, Esq.
      Sheppard, Mullin Richter & Hampton LLP
      30 Rockefeller Plaza, 39th Floor
      New York, NY 10112

2.    Tyrone Blake Sr. v. MDBZJGGS LLC, Dynamic Star LLC et al.
      Supreme Court of the State of New York, Bronx County
      Index No. 809043/2023E
      Tort

      Attorney for the Plaintiff:
      Howard Schatz, Esq.
      Silbowitz, Garafola et al.
      55 Water Mill Lane, Suite 400
      Great Neck, NY 11021

3.      Fordham South Lender LLC v. Dynamic Star LLC and DS 1 GP Inc.
        Non-judicial U.C.C. Article 9 foreclosure

        Attorney for the Plaintiff:
        c/o Michael Barrie, Esq.
        Benesch Friedlander Coplan & Aronoff LLP
        1155 Avenue of the Americas, 26th Floor
        New York, NY 10036

Dated:  New York, New York
        March 15, 2026

                                        By:     _____
                                                Name: Brad Zackson
                                                Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                          Chapter 11

Dynamic Star LLC,                                                   Case No.

                                          Debtor.
------------------------------------------------------------------x

## LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7),

Dynamic Star LLC certifies that it is a private non-governmental party, and has no

corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
          March 15, 2026

By: _____
          Name: Brad Zackson
          Authorized Signatory