HERRICK, FEINSTEIN LLP
Steven B. Smith
Avery Mehlman
Janice Goldberg
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
ssmith@herrick.com
amehlman@herrick.com
jgoldberg@herrick.com

*Attorneys for Namdar Fordham South LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DS Fordham Landing 1 LLC, | : | Case No. 26-22254 (SHL) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Dynamic Star LLC, | : | Case No. 26-22255 (SHL) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DS 1 GP, Inc., | : | Case No. 26-22256 (SHL) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that the undersigned appears as a counsel for Namdar Fordham

South LLC (the "Notice Party"), and pursuant to Federal Rules of Bankruptcy Procedure 2002,

9007 and 9010 and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the

"Bankruptcy Code"), requests that all notices given or required to be given in this case or any

related adversary proceeding, be given to and served upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is also hereby made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal or informal, filed in this case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

> HERRICK, FEINSTEIN LLP
> Janice Goldberg
> Two Park Avenue
> New York, NY 10016
> (212) 592-1400
> jgoldberg@herrick.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of the Notice Party, including without limitation, its right: (i) to have final orders in non-core matters entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2); (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Notice Party is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto the Notice Party without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 18, 2026
      New York, New York

                      HERRICK, FEINSTEIN LLP

                      By: */s/ Janice Goldberg*
                          Janice Goldberg
                          Two Park Avenue
                          New York, NY 10016
                          (212) 592-1400
                          jgoldberg@herrick.com

                        *Attorneys for Namdar Fordham South LLC*

## CERTIFICATION OF SERVICE

I, Janice Goldberg, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By: _/s/ Janice Goldberg_
Janice Goldberg