UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DS Fordham Landing 1 LLC, | Case No. 26-22254-SHL |
| Debtor. | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Dynamic Star LLC, | Case No. 26-22255-SHL |
| Debtor. | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DS 1 GP Inc., | Case No. 26-22256-SHL |
| Debtor. | |

------------------------------------------------------------------x

## APPLICATION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY RULE 1015(b)

**TO THE HONORABLE SEAN H. LANE,**
**UNITED STATES BANKRUPTCY JUDGE:**

The affiliated debtors herein, DS Fordham Landing 1 LLC ("DS Fordham"), Dynamic Star LLC ("Dynamic"), and DS 1 GP Inc. ("DS 1") (collectively, the "Fordham South Debtors"), as and for their Application seeking joint administration of these Chapter 11 cases pursuant to Bankruptcy Rule 1015(b) respectfully represent as follows:

### Background

1.      The Debtors comprise the equity holders and fee owner of the so-called Fordham South affordable housing development project situated on 3.74 acres in the Bronx, New York. More particularly, Dynamic and DS 1 collectively own 100% of the Class A membership

interests in the fee owner entity, DS Fordham, which owns the development property located at 320 West Fordham Road, Bronx, New York, commonly known as "Fordham South".

2.      Besides common ownership and control, there is also commonality relating to the mortgage debt.  The Fordham South project is encumbered by a senior mortgage loan in the principal amount of $44.5 million, originally issued by Columbia Pacific and then sold to  an affiliate of CREMAC, known as Fordham South Lender LLC ("Fordham South Lender").

3.      As noted, the Fordham South Debtors each filed a separate voluntary Chapter 11 petition to invoke the automatic stay and protect the project against a re-noticed UCC Article 9 non-judicial foreclosure sale scheduled for March 18, 2026.

4.      The Fordham South Debtors are affiliates of each other, as that term is defined in 11 U.S.C. Section 101(2).  Accordingly, the Fordham South Debtors seek joint administration of these Chapter 11 cases pursuant to Bankruptcy Rule 1015(b), which authorizes the joint administration of bankruptcy cases involving affiliates of a debtor.

5.      Joint administration of these Chapter 11 cases is appropriate given the overlap in debt and equity and will obviate the need for duplicative notices, applications and orders, thereby saving unnecessary time and expense.

6.      For purposes of bankruptcy administration, the Debtors are separating out the two so-called Fordham Landings projects between the Fordham South Debtors and the Fordham North Debtors. The Fordham North Debtors will be the subject of a separate joint administration application in the cases of Fordham Landing Preferred Sponsor LLC, Fordham Landing Preferred LLC, DS Fordham Landing 2 LLC, DS Fordham Landing 4 LLC and MDBZJGGS LLC.

WHEREFORE, the Debtors seek the entry of the prefixed order, pursuant to Bankruptcy Rule 1015(b), directing the joint administration of these affiliated Chapter 11 cases, together with such other and further relief as it is just and proper.

Dated: New York, NY
April 6, 2026

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Fordham South Debtors
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700

By:     /s/ Kevin J. Nash, Esq.