UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DS Fordham Landing 1 LLC, | Case No.  26-22254-SHL |
| Debtor. | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Dynamic Star LLC, | Case No.  26-22255-SHL |
| Debtor. | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DS 1 GP Inc., | Case No. 26-22256-SHL |
| Debtor. | |

-----------------------------------------------------------------x

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF AFFILIATED CASES

Upon the joint application of DS Fordham Landing 1 LLC, Dynamic Star LLC and DS 1 GP Inc. (collectively, the "Fordham South Debtors") for an Order directing the joint administration of their affiliated Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore; it is

**ORDERED**, that the Fordham South Debtors are hereby authorized to jointly administer their respective Chapter 11 cases; and it is further

**ORDERED**, that the Clerk of the Court is directed to record all matters in the above captioned cases on the docket sheet for DS Fordham Landing 1 LLC, 26-22254-SHL.  This case will be known as the lead case.  The other related dockets will so indicate that future entries will be found on the docket of the lead case; and it is further

**ORDERED**, that nothing herein contained shall constitute or be deemed to constitute the substantive consolidation of these estates; and it is further

**ORDERED**, that papers submitted shall clearly indicate on the face of the paper the specific debtor entity to which the paper relates; and it is further

**ORDERED**, that all claims for each case shall continue to be docketed on each individual case claims docket; and it is further

**ORDERED**, that the Debtors shall maintain separate bank accounts; and it is further

**ORDERED**, that the Debtors shall each file separate monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation; and it is further

**ORDERED**, that the caption of the jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| DS Fordham Landing 1 LLC,[1] | Case No. 26-22254-SHL |
| Dynamic Star LLC, | Case No. 26-22255-SHL |
| DS 1 GP Inc., | Case No. 26-22256-SHL |
| | |
| Debtors. | Jointly Administered |

-------------------------------------------------------------x

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's employer identification number are: DS Fordham Landing 1 LLC, Case No. 26-22254-SHL (EIN: 3380); Dynamic Star LLC, Case No. 26-22255-SHL (EIN: 2417); DS 1 GP Inc., Case No. 26-22265-SHL (EIN: 6230);

and it is further

**ORDERED**, that the Clerk of the Court is directed to provide notice of this amended caption and administrative consolidation to all creditors and parties in interest.

Dated:  White Plains, NY
       April __, 2026

                                     _____
                                     Hon. Sean H. Lane